# U.S. District Court
## Eastern District of Michigan (Detroit)
## CRIMINAL DOCKET FOR CASE #: 2:24-cr-20487-LJM-1

Case title: United States of America v. Shaw

Other court case number: 5:17CR00026 Eastern District of Kentucky

Date Filed: 08/29/2024

Date Terminated: 08/29/2024

Assigned to: District Judge Laurie J. Michelson

**Defendant (1)**

**Darmon Vonta Shaw**
*TERMINATED: 08/29/2024*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| PROBATION TRANSFER (1) | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| Felony | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**United States of America**

[Email All Attorneys]
[Email All Attorneys and Additional Recipients]

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 08/29/2024 | 1 | REQUEST FOR TRANSFER OF JURISDICTION from Eastern District of Kentucky as to Darmon Vonta Shaw (1) count(s) 1. (Attachments: # 1 Judgment) (CJoh) (Entered: 08/29/2024) |
| 08/30/2024 | 2 | ORDER ACCEPTING TRANSFER OF JURISDICTION as to Darmon Vonta Shaw. Signed by District Judge Laurie J. Michelson. (EPar) (Entered: 08/30/2024) |
| 10/10/2025 | 3 | ORDER with Petition for Issuance of Warrant for Violation of Supervised Release as to Darmon Vonta Shaw. Signed by District Judge Laurie J. Michelson. (TDam) (Entered: 10/10/2025) |

MIE AO 442 (Rev. 12/19) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

RECEIVED
By Amy Godlewski at 7:55 pm, Oct 10, 2025

United States of America
v.

SHAW, Darmon Vonta
*Defendant*

Case No. 24-CR-20487-01

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Darmon Vonta Shaw,

who is accused of an offense or violation based on the following document filed with the court by United States Probation Officer Jessica Lewis-Sleet, (313) 234-5405:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
New criminal activity
Unlawfully Possess a Controlled Substance
Leaving the District Without Permission
Failure to Maintain Employment
Failure to Abstain from Alcohol Use

Date: October 10, 2025

s/Laurie J. Michelson
*Issuing officer's signature*

City and state: Detroit, MI

Laurie J. Michelson, United States District Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 4073923 | **DATE** 10/10/2025 |
|---|---|---|---|---|
| **NAME** SHAW, Darmon Vonta | **OFFICER** Jessica Lewis-Sleet | | **JUDGE** Laurie J. Michelson | **DOCKET #** 24-CR-20487-01 |

| **ORIGINAL SENTENCE DATE** 01/10/2019 **COMMENCED** 07/10/2024 **EXPIRATION** 07/09/2028 | **SUPERVISION TYPE** Supervised Release | **CRIMINAL HISTORY CATEGORY** I | **TOTAL OFFENSE LEVEL** 31 | **PHOTO** |
|---|---|---|---|---|
| **ASST. U.S. ATTORNEY** Craig Wininger | **DEFENSE ATTORNEY** To Be Determined | | | |

**REPORT PURPOSE**

**TO ISSUE A WARRANT TO BE LODGED AS A DETAINER**

**ORIGINAL OFFENSE**

Count 1: 21 U.S.C. § 846, Conspiracy to Distribute 10 Grams or More of Carfentanyl

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 108 months, to be followed by a four-year term of supervised release.

Name of Sentencing Judicial Officer: Honorable Karen K. Caldwell, Eastern District of Kentucky. Jurisdiction accepted by the Honorable Laurie J. Michelson on August 30, 2024.

**ORIGINAL SPECIAL CONDITIONS**

1. You must abstain from the use of alcohol.
2. You must not purchase, possess, use, distribute or administer any controlled substance or paraphernalia related to controlled substances, except as prescribed by a physician and must not frequent places where controlled substances are illegally sold, used, distributed or administered.
3. You must provide the USPO, within 7 (seven) days of release from custody of the Bureau of Prisons, a written report, in form the USPO directs, listing each and every prescription medication in your possession, custody or control. The list must include, but not limited to, any prescription medication that contains a controlled substance and encompasses all current, past and outdated or expired prescription medications in your possession, custody, or control at the time of the report.
4. You must notify the USPO immediately (i.e., within no later than 72 hours) if you receive any prescription for a medication containing a controlled substance during the period of supervised release. You must provide the USPO such documentation and verification as the USPO may reasonably request and in a form the USPO directs.

Page **1** of **4**

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 4073923 | **DATE** 10/10/2025 |
|---|---|---|---|---|
| **NAME** SHAW, Darmon Vonta | **OFFICER** Jessica Lewis-Sleet | **JUDGE** Laurie J. Michelson | | **DOCKET #** 24-CR-20487-01 |

5. You must comply strictly with the orders of any physician or other prescribing source with respect to use of all prescription medications.
6. You must report any theft or destruction of your prescription medications to the U.S. Probation Officer within 72 hours of the theft or destruction.
7. You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1), but including other devices excluded from this definition), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.
8. You must participate in a substance abuse treatment program and must submit to periodic drug and alcohol testing at the direction and discretion of the probation officer during the term of supervision. Said program may include one or more cognitive behavioral approaches to address criminal thinking patterns and antisocial behaviors. You must pay for the cost of treatment services to the extent you are able as determined by the probation officer.
9. You must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing, which is required as a condition of release.

Criminal Monetary Penalty: Special Assessment $100.00 (paid).

The probation officer believes that the offender has violated the following condition(s) of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME."<br><br>According to a Charleston (West Virginia) Police Department report, on October 8, 2025, an officer conducted a traffic stop on a Nissan Sentra. In the car were Amber Young (driver), DARMONN SHAW (front seat passenger), and Kimann Young (backseat passenger). The officer observed SHAW was nervous, in that he was breathing heavy, not making eye contact, and was shaking in his hands. Amber exited the vehicle so the officer could issue a warning at the cruiser. While at the cruiser, Amber advised she was giving the passengers a ride. She stated she was friends with the passengers but did not know who they were. Due to the passenger's behaviors and Amber's story the officer asked her if she had anything illegal inside of the vehicle. Amber stated she may have a marijuana "roach" or cigarette inside of the ashtray and she granted consent for the vehicle to be searched. Other officers arrived to assist. |

Page **2** of **4**

| PROB 12C (Rev. 08/18) | VIOLATION REPORT PART 1: PETITION FOR WARRANT | U. S. Probation Office Eastern District of Michigan | PACTS 4073923 | DATE 10/10/2025 |
|---|---|---|---|---|
| NAME SHAW, Darmon Vonta | OFFICER Jessica Lewis-Sleet | JUDGE Laurie J. Michelson | | DOCKET # 24-CR-20487-01 |

Kimann advised she had marijuana in her purse and handed it to the officers. During the search of the car, officers located a black satchel bag in the floorboard of the backseat. Inside of the bag was the following:

- Approximately 115 grams of suspected methamphetamine (located in a fake Dr. Pepper can)
- Approximately 73 grams of suspected crack-cocaine
- Approximately 16 grams of suspected fentanyl
- Approximately 9 grams of suspected heroin
- Large unknown amount of U.S. Currency (concealed inside of a black sock)
- Several clear plastic baggies
- A functional digital scale.

All three occupants were detained, mirandized, and interviewed. During the interview with SHAW, he claimed the bag was his. During the interview with Kimann, she advised she had just got inside of the vehicle, and the bag was not hers. SHAW was arrested. During a search of his person, the officer located more U.S. Currency located inside of his pocket and wallet.

At the police station the drugs were processed and field tested. The suspected methamphetamine, heroin, and fentanyl yielded a positive test. The suspected crack cocaine did not test positive. The suspected marijuana weighed approximately 20 grams in marijuana.

SHAW is currently charged in the Magistrate Court of Kanawha County, West Virginia, Case Identification 25-M20F-01341 with three counts of Controlled Substance- Manufacture or possess with intent to deliver Sched I or II narcotic or meth. He has a $50,000.00 cash bond. A preliminary hearing is set for October 16, 2025.

2    **Violation of Mandatory Condition:** "YOU MUST NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE."

The details in the offense are identical to Violation 1.

3    **Violation of Standard Condition No. 3:** "YOU MUST NOT KNOWINGLY LEAVE THE FEDERAL JUDICIAL DISTRICT WHERE YOU ARE AUTHORIZED TO RESIDE WITHOUT FIRST GETTING PERMISSION FROM THE COURT OR THE PROBATION OFFICER."

As noted in Violation 1, SHAW was arrested in West Virginia. He did not have permission to leave the district.

| PROB 12C (Rev. 08/18) | VIOLATION REPORT PART 1: PETITION FOR WARRANT | | U. S. Probation Office<br>Eastern District of Michigan | PACTS<br>4073923 | DATE<br>10/10/2025 |
|---|---|---|---|---|---|
| NAME<br>SHAW, Darmon Vonta | | OFFICER<br>Jessica Lewis-Sleet | JUDGE<br>Laurie J. Michelson | | DOCKET #<br>24-CR-20487-01 |

| 4 | **Violation of Standard Condition No. 7:** "YOU MUST WORK FULL TIME (AT LEAST 30 HOURS PER WEEK) AT A LAWFUL TYPE OF EMPLOYMENT, UNLESS THE PROBATION OFFICER EXCUSES YOU FROM DOING SO. IF YOU DO NOT HAVE FULL-TIME EMPLOYMENT, YOU MUST TRY TO FIND FULL-TIME EMPLOYMENT, UNLESS THE PROBATION OFFICER EXCUSES YOU FROM DOING SO. IF YOU PLAN TO CHANGE WHERE YOU WORK OR ANYTHING ABOUT YOUR WORK (SUCH AS YOUR POSITION OR YOUR JOB RESPONSIBILITIES), YOU MUST NOTIFY THE PROBATION OFFICER AT LEAST 10 DAYS BEFORE THE CHANGE. IF NOTIFYING THE PROBATION OFFICER AT LEAST 10 DAYS IN ADVANCE IS NOT POSSIBLE DUE TO UNANTICIPATED CIRCUMSTANCES, YOU MUST NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS OF BECOMING AWARE OF A CHANGE OR EXPECTED CHANGE." |
|---|---|
| | SHAW has been unemployed since April 25, 2025. |
| 5 | **Violation of Special Condition:** "YOU MUST ABSTAIN FROM THE USE OF ALCOHOL." |
| | On September 22, 2025, SHAW tested positive for alcohol; he admitted use. |

| I declare under penalty of perjury that the foregoing is true and correct.<br>PROBATION OFFICER<br><br>s/Jessica Lewis-Sleet/slg<br>(313) 234-5405 | DISTRIBUTION<br><br>Court |
|---|---|
| SUPERVISING PROBATION OFFICER<br><br>s/Steven M. Ely/JWK<br>313 234-5583 | PROBATION ROUTING<br><br>Data Entry |

**THE COURT ORDERS:**

[x]   The issuance of a warrant to be lodged as a detainer

[ ]   Other

s/Laurie J. Michelson
United States District Judge

10/10/2025
Date

Page **4** of 4